KARA B. HENDRICKS, Bar No. 7743
hendricksk@gtlaw.com
KYLE A. EWING, Bar No 14051
ewingk@gtlaw.com
CHRISTIAN T. SPAULDING, Bar No. 14277
spauldingc@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Attorneys for Receiver Geoff Winkler*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION;<br><br>Plaintiff,<br><br>vs.<br><br>CAPSOURCE, INC., et al.<br><br>Defendants. | CASE NO. 2:20-CV-02303-RFB-DJA<br><br>**ORDER TO LIFT STAY OF LITIGATION FOR A LIMITED PURPOSE** |

Plaintiff Securities and Exchange Commission and Receiver Geoff Winkler of American Fiduciary Services, in his capacity as court-appointed Receiver (the "Receiver") for Defendant CapSource, Inc., stipulate and agree that:

1. On August 26, 2022, the Court issued its Order Appointing Receiver, in which the Court appointed Geoff Winkler receiver of Defendant CapSource, Inc. *See* ECF No. 17.

2. CapSource is a defendant in a lawsuit pending in the Eighth Judicial District Court of the State of Nevada styled *CAC Investment Ventures, LLC, et al. v. Andrew Jolley, et al.*, Case No. A-19-802088-B (the "CAC State Court Action"). Stephen Byrne and Andrew Jolley are also named as defendants in the CAC State Court Action.

/ / /

/ / /

ACTIVE 684911287v1

The Order Appointing Receiver includes a Stay of Litigation, (*see* ECF No. 17, ¶29), whereby all persons are stayed from commencing, prosecuting, or continuing, until further Order of this Court:

> All civil legal proceedings of any nature…involving…(c) any of the Receivership Defendants, including subsidiaries and partnerships; or (d) any of the Receivership Defendants' past or present officers, directors, managers, agents, or general or limited partners sued for, or in connection with, any action taken by them while acting in such capacity of any nature, whether as plaintiff, defendant, third-party plaintiff, third-party defendant or otherwise…

3. The CAC State Court Action is a civil legal proceeding involving CapSource as a defendant and is therefore subject to the Stay of Litigation. The CAC State Court Action also involves claims against Stephen Byrne and Andrew Jolley relating, in part, to actions taken by Byrne and Jolley as officers, directors, managers, or agents of CapSource. These claims involve CapSource's issuance of certain loans to Panorama WON, LLC, and Byrne and Jolley's involvement in the procurement and issuance of these loans.

4. The CAC State Court Action was scheduled to begin trial before the Honorable Nancy Allf on August 30, 2022. Notice of the Order Appointing Receiver was filed in the CAC State Court Action, and the Action was accordingly stayed before trial began.

5. The parties in the CAC State Court Action have had ongoing discussions to determine if trial of the Action may proceed without violating this Court's Stay of Litigation.

6. Accordingly, the plaintiffs in the CAC State Court Action have agreed to proceed to trial against all named defendants other than CapSource, and plaintiffs agree that no claims against CapSource will be tried or determined in the CAC State Court Case.

7. Additionally, to the extent the CAC State Court Action asserts claims against Byrne and Jolley related to their roles as officers, directors, managers, or agents of CapSource, those claims will not proceed in the trial. Plaintiffs may proceed with any claims against Byrne and Jolley to the extent that such claims are unrelated to their role as officers, directors, managers, or agents of CapSource. Plaintiffs may proceed with any claims and theories where loans to Panorama Won, LLC from CapSource are referenced. For example and not by way of

ACTIVE 684911287v1

limitation, claims and theories against Byrne and Jolley alleging they, as officers, directors, managers, or agents of Panorama Won, LLC ("PanWon"), breached fiduciary duties to PanWon based on the loan PanWon obtained from CapSource.

8. By limiting the scope of the claims in the CAC State Court Action to exclude claims asserted against CapSource and against Byrne and Jolley as officers, directors, managers, or agents of CapSource, the parties believe the CAC State Court Action may proceed to trial without infringing upon the Receiver's ability to perform his duties in marshaling and preserving the assets of CapSource in this proceeding.

**ACCORDINGLY, IT IS STIPULATED AND REQUESTED** by the parties through their undersigned counsel of record that the Stay of Litigation be lifted for the limited purpose of permitting the CAC State Court Action to proceed to trial: (1) against all parties other than Capsource, Inc. and (2) against Stephen Byrne and Andrew Jolley for claims that are unrelated to their roles as officers, directors, managers, or agents of CapSource. Plaintiffs may proceed with any claims and theories where loans to Panorama Won, LLC from CapSource are referenced. For example and not by way of limitation, claims and theories against Byrne and Jolley alleging they, as officers, directors, managers, or agents of Panorama Won, LLC ("PanWon"), breached fiduciary duties to PanWon based on the loan PanWon obtained from CapSource.

Dated this  9th  day of ~~January~~ February, 2023

**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks

KARA B. HENDRICKS,
Nevada Bar No. 7743
KYLE A. EWING
Nevada Bar No 14051
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Receiver Geoff Winkler*

Dated this  9th  day of ~~January~~ February, 2023

**SECURITIES & EXCHANGE COMMISSION**

/s/ Terry Miller

TERRY MILLER
Colorado Bar No. 39007
1961 Stout Street, Suite 1700
Denver, Colorado 80294
Email: millerte@sec.gov

*Attorneys for Plaintiffs Securities and Exchange Commission*

ACTIVE 684911287v1

IT IS SO STIPULATED AND AGREED

Dated this  8  day of ~~January~~ FEB, 2023        Dated this  8  day of ~~January~~ FEB., 2023

_____              _____
GREGORY P. HERLEAN                              STEPHEN J. BYRNE
*Defendant*                                     *Defendant*

**ACKNOWLEDGED BY**

Dated this _____ day of January, 2023

*signature on next page*
_____
ROBERT G. MASSI, ESQ.
Nevada Bar No. 13719
**MASSI & MASSI, ATTORNEYS AT LAW**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074

ROGER BEHLE, ESQ.
CA Bar No. 174755
KEVIN GAMARNIK, ESQ.
CA Bar No, 273445
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Boulevard, Suite 710
Costa Mesa, California 92626

*Counsel for Plaintiffs CAC Investment Ventures, LLC, Cris Cannon and David Zebrowski in Case No. A-19-802088-B pending in the Eighth Judicial District Court of Clark County, Nevada*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2023

ACTIVE 684911287v1

IT IS SO STIPULATED AND AGREED

Dated this ____ day of January, 2023

*signature on previous page*

GREGORY P. HERLEAN
*Defendant*

Dated this ____ day of January, 2023

*signature on previous page*

STEPHEN J. BYRNE
*Defendant*

ACKNOWLEDGED BY

Dated this 27 day of January, 2023

ROBERT G. MASSI, ESQ.
Nevada Bar No. 13719
**MASSI & MASSI, ATTORNEYS AT LAW**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074

ROGER BEHLE, ESQ.
CA Bar No. 174755
KEVIN GAMARNIK, ESQ.
CA Bar No, 273445
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Boulevard, Suite 710
Costa Mesa, California 92626

*Counsel for Plaintiffs CAC Investment Ventures, LLC, Cris Cannon and David Zebrowski in Case No. A-19-802088-B pending in the Eighth Judicial District Court of Clark County, Nevada*

IT IS SO ORDERED.

DANIEL J. ALBREGTS
United States Magistrate Judge

Dated this 23rd day of February, 2023.

*ACTIVE 684911287v1*