KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
KYLE A. EWING, Bar No 14051
ewingk@gtlaw.com
CHRISTIAN T. SPAULDING, Bar No. 14277
spauldingc@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Attorneys for Receiver Geoff Winkler*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CAPSOURCE, INC., *et. al.*,<br><br>Defendants. | CASE NO. 2:20-CV-02303-RFB-DJA<br><br>**ORDER GRANTING THIRD QUARTERLY APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER AND RECEIVER'S COUNSEL GREENBERG TRAURIG FOR PERIOD JANUARY 1, 2023 THROUGH MARCH 31, 2023** |

The Court having reviewed the Receiver's Third Quarterly Application for Payment of Fees and Reimbursement of Expenses of Receiver and Receiver's counsel Greenberg Traurig, LLP ("Application") for the period of January 1, 2023 through March 31, 2023 ("Application Period"), and having found that notice was proper and that cause exists to approve the Application, orders as follows:

1. American Fiduciary Services ("AFS") fees and expenses incurred during the Application Period, in the respective amounts of $110,026.50 and $13,762.59 are approved;

/ / /

/ / /

/ / /

Page 1 of 2

ACTIVE 687457107v1

2.      The Receiver is authorized to pay AFS on an interim basis, 80% of its approved fees incurred during the Application Period, in the amount of $94,421.20, and 100% of its approved expenses incurred during the Application Period, in the amount of $13,762.59, from the funds of the Receivership Estate;

3.      Greenberg Traurig's fees and expenses incurred during the Application Period, in the respective amount of $29,774.96 and $1,428.56 are approved; and

4.      The Receiver is authorized to pay Greenberg Traurig on an interim basis, 80% of its approved fees incurred during the Application Period, in the amount of $23,819.97; and 100% of its approved expenses incurred during the Application Period, in the amount of $1,428.56, from the funds of the Receivership Estate.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 13, 2023