KARA B. HENDRICKS, Bar No. 07743
hendricksk@gtlaw.com
KYLE A. EWING, Bar No 14051
ewingk@gtlaw.com
CHRISTIAN T. SPAULDING, Bar No. 14277
spauldingc@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

*Attorneys for Receiver Geoff Winkler*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CAPSOURCE, INC., *et. al.*,<br><br>Defendants. | CASE NO. 2:20-CV-02303-RFB-DJA<br><br>**ORDER GRANTING SIXTH QUARTERLY APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER AND RECEIVER'S COUNSEL GREENBERG TRAURIG FOR PERIOD OCTOBER 1, 2023 THROUGH DECEMBER 31, 2023** |

The Court having reviewed the Receiver's Sixth Quarterly Application for Payment of Fees and Reimbursement of Expenses of Receiver and Receiver's Counsel Greenberg Traurig, LLP ("Application") for the period of October 1, 2023 through December 31, 2023 ("Application Period"), and having found that notice was proper and that cause exists to approve the Application, orders as follows:

1. The Sixth Application is granted in its entirety;

2. American Fiduciary Services ("AFS") fees and expenses incurred during the Application Period, in the respective amounts of $102,500.00 and $1,625.55 are approved;

/ / /

/ / /

3. The Receiver is authorized to pay AFS on an interim basis, 80% of its approved fees incurred during the Application Period, in the amount of $82,000.00, and 100% of its approved expenses incurred during the Application Period, in the amount of $1,625.55, from the funds of the Receivership Estate;

4. Greenberg Traurig's fees incurred during the Application Period, in the amount of $14,253.57, is approved;

5. The Receiver is authorized to pay Greenberg Traurig on an interim basis, 80% of its approved fees incurred during the Application Period, in the amount of $11,402.85, from the funds of the Receivership Estate;

6. Baker Tilly's fees and expenses incurred during the Application Period, in the respective amounts of $469.50 and $53.40 are approved and the Receiver is authorized to pay the same in full from the funds of the Receivership Estate.

7. The Court further clarifies that payment to Allen Matkins for fees incurred prior to the Appointment Order, in the amount of $8,981.45 was approved as part of the Third Fee Application.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/1/2024

ACTIVE 693251718v1